# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **VONSEAN K. WILLIAMS, M54828,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 18-1693-MJR** |
| | ) | |
| **MENARD CORRECTIONAL CENTER,** | ) | |
| **et al** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## MEMORANDUM AND ORDER

**REAGAN, Chief District Judge:**

On October 19, 2018, Plaintiff was ordered to pay the full filing fee of $400.00 for this action, and to show cause for failing to disclose $600 in deposits made to his trust fund account no later than November 19, 2018 (Doc. 13). Plaintiff was clearly warned in that Order that failure to do so would result in dismissal of this case. Instead of responding to the Court's Order, Plaintiff filed a Motion to Amend (Doc. 14) and a second Motion for Leave to Proceed *in forma pauperis* (Doc. 15). The date to pay the full filing fee and to show cause has passed, and Plaintiff has failed to do so. As a result, this action is **DISMISSED** without prejudice, for failure to comply with an Order of this Court. **FED. R. CIV. P. 41(b).** *See generally Ladien v. Astrachan,* **128 F.3d 1051 (7ᵗʰ Cir. 1997)***; Johnson v. Kamminga,* **34 F.3d 466 (7ᵗʰ Cir. 1994).** This dismissal shall **NOT** count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g).

Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $400 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). Accordingly, the agency having custody of the

plaintiff is directed to remit the $400.00 filing fee from his prison trust fund account if such funds are available. If he does not have $400.00 in his account, the agency must send an initial payment of 20% of the current balance or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments of 20% of the preceding month's income credited to Plaintiff's trust fund account (including all deposits to the inmate account from any source) until the statutory fee of $400.00 is paid in its entirety. The agency having custody of Plaintiff shall forward payments from Plaintiff's account to the Clerk of Court each time the Plaintiff's account exceeds $10.00 until the $400.00 filing fee is paid. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois. The Clerk is **DIRECTED** to mail a copy of this Order to the Trust Fund Officer at the Menard Correctional Center *upon entry of this Order*. All pending motions are **DENIED as moot**.

The Clerk's Office is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED: December 6, 2018**

s/ MICHAEL J. REAGAN
United States Chief District Judge